

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00186-CV

**COTTER & SONS, INC.**; James F. Cotter; Alamo Towers-Cotter, LLC; Cotter 11211 Katy Freeway Building, LP; Cotter 7447 Harwin Building, LP; Cotter Equities LLC; Cotter Harwin Equities LLC; Cotter Katy Equities LLC; Cotter Katy Freeway Building, LP; et. al.,
Appellants

v.

**BJ CORPORATION** d/b/a National Building Service,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09427
Honorable Gloria Saldaña, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the portion of the trial court's judgment awarding appellee BJ Corporation d/b/a National Building Service damages on its claim for negligent misrepresentation is REVERSED and judgment is RENDERED that appellee BJ Corporation d/b/a/ National Building Service take nothing on its negligent representation claim. The portions of the trial court's judgments relating to appellee BJ Corporation d/b/a National Building Service's breach of breach of contract and quantum meruit claims are REVERSED and those claims are REMANDED to the trial court for further proceedings consistent with this opinion. Costs of court are taxed against appellee BJ Corporation d/b/a National Building Service.

SIGNED July 26, 2017.

_____
Patricia O. Alvarez, Justice